# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA HIGDON,<br><br>    Plaintiff,<br><br>vs.<br><br>AVTAR PAHAL and<br>AGI TRANSPORT, INC.,<br><br>    Defendants | NO.<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF REMOVAL

Defendants, Avtar Pahal ("Pahal") and AGI Transport, Inc. ("AGI") (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, hereby file this Notice of Removal of the above-styled action from the Circuit Court for Henderson County, Tennessee, to the United States District Court for the Western District of Tennessee, respectfully showing this Honorable Court as follows:

1.  Pursuant to 28 U.S.C. § 1446(a), Defendants have attached all process, pleadings, and other documents served upon them in the State Court Action to this Notice of Removal. (*See* **Exhibit A**).

2.  Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over this action because there is complete diversity of citizenship between the Plaintiff and Defendants.

3.  Specifically, Plaintiff's Complaint alleges that Plaintiff, Joshua Higdon ("Plaintiff"), is a citizen and resident of Hendersonville, Sumner County, Tennessee. (*See* Plaintiff's Complaint, ¶1.)

1

4. Plaintiff's Complaint further alleges that Pahal is a resident of Ontario, Canada. (*See* Plaintiff's Complaint, ¶2.)

5. Plaintiff's Complaint further alleges that AGI is a foreign corporation with its principal place of business located in Ontario, Canada. (*See* Plaintiff's Complaint, ¶3.)

6. Direct Insurance Company was sent a summons due to it being the underinsured motorist carrier ("UIM") for Plaintiff, but it is in the process of being voluntarily dismissed pursuant to Tennessee's offset provisions. Tenn. Code Ann. §56-7-1205. See also *Hill vs. Nationawide Mutual Ins. Co.*, 535 S.W.2d 327 (Tenn. 1976); *Shepherd vs. Fregozo*, 175 S.W.3d 209 (Tenn. App. 2005). Moreover, as the UIM carrier, its citizenship is ignored for purposes of determining whether diversity exists.

7. On March 28, 2022, Plaintiff filed his Complaint in the Circuit Court of Henderson County, Tennessee at Lexington, styled as *Joshua Higdon vs. Avtar Pahal, et. al.*, Civil Action No.: 22020-2 (the "State Court Action"). (*See* Complaint and Summons attached as **Exhibit A**).

8. In his Complaint, Plaintiff prays for damages not to exceed One Hundred Fifty Thousand Dollars ($150,000.00). (*Id.*)

9. AGI was served with the State Court Action via process server on April 11, 2022. (*Id.*)

10. It is uncontroverted that diversity of the parties exists, and that the amount in controversy exceeds $75,000.00 in this case. Consequently, diversity jurisdiction exists in this case pursuant to 28 U.S.C. § 1332(a) and within thirty days of service of the State Court Action, Defendants remove this matter from the Circuit Court for Henderson County, Tennessee at Lexington, to the United States District Court for the Western District of Tennessee.

11. Pursuant to 28 U.S.C. § 1446(d), Defendants hereby certify that they have notified all adverse parties of this Notice of Removal in the State Court Action by filing a "Notice of Filing Notice of Removal" attaching a copy of this "Notice of Removal" with the Clerk of the Circuit Court for Henderson County, Tennessee at Lexington, which will send notifications of same to Plaintiff's counsel and by mailing a copy to Plaintiff's counsel via Certified Mail, Return Receipt Requested. (*See* Notice of Filing Notice of Removal, attached as **Exhibit B**).

WHEREFORE, Defendants respectfully request that the United States District Court for the Western District of Tennessee effectuate removal of this case.

Respectfully submitted, this 10th day of May, 2022.

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

        */s/ Jamie K. Durrett*
        Jamie K. Durrett
        TN Bar No. 026732
        Wilson Elser Moskowitz Edelman and Dicker LLP
        3102 West End Avenue Suite 400
        Nashville, TN 37203
        615.968.3434 (Direct)
        470.419.6651 (Fax)
        jamie.durrett@wilsonelser.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Court and served by way of United States Postal Service, return receipt requested, to the address of counsel of record below:

Adam W. Selvidge, BPR No. 34576
Julie A. Reasonover, BPR No. 28098
REASONOVER LAW FIRM
2323 21st Ave. S. Ste. 306
Nashville, TN 37212
Telephone: 615.800.8819
*Counsel for Plaintiff*

Respectfully submitted, this 10th of May, 2022.

*/s/ Jamie K. Durrett*
Jamie K. Durrett